# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY MONROE HILL,<br><br>　　　　　Petitioner,<br><br>　　　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>　　　　　Respondent. | Case No. CV 21-3875 DOC (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: November 23, 2021

_/s/ David O. Carter_
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE